**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
         Plaintiff,

-VS-

DENNIS OSBORNE,
         Defendant

                                /

Court Number: 91-10359
Honorable: Robert H. Cleland
Claim Number: 1991A05951

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

Dated: 10/21/2010

                                              s/Robert H. Cleland
                                              U.S. DISTRICT COURT JUDGE